THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EXCELSIOR SAVINGS BANK, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the information.

In the Matter of the Application of WESTPORT TAVERN, INC., Petitioner, for an Order of Certiorari against HENRY E. BRUCKMAN and Others, Respondents.— Order of certiorari unanimously dismissed, and determination of the respondents confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JENNIE WEINGARTEN and HATTIE WEINGARTEN, Appellants, v. HENRY M. RINDER and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of MARTIN WARGO, Respondent, for a Mandamus Order against FIORELLO H. LAGUARDIA, as Mayor of the City of New York, and Others, Appellants.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

MARY E. SMITH, Appellant, v. HELEN MEADE SMITH, as Executrix, etc., of GEORGE EDMUND SMITH, Respondent.— Order unanimously reversed, with costs and disbursements, and the verdict reinstated. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ITALIAN MOSAIC & MARBLE Co., INC., Respondent, v. COLUMBIA CASUALTY COMPANY, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the defendant stipulates to reduce the judgment as entered to the sum of $6,883.36; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

J. A. D. CORPORATION, Respondent, v. ANNA COTTONE, Appellant, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of CLAYTON T. A. FRENCH, an Attorney. In the Matter of CLIFTON G. A. FRENCH, an Attorney.— Proceedings dismissed. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of PHILIP CASSELL, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of MAXWELL GOLDSTEIN.— Motion denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of MORRIS GROSSFIELD, JR., an Attorney.— Proceeding dismissed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of LEO KRAUS, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of HARRY J. LEVINE, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.